[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 21-12026

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

SERAFIN JARAMILLO-ECHEVERRIA,
a.k.a. Serafin Jaramillo,
a.k.a. Primo,

Defendant-Appellant.

————————————

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:15-cr-00146-MHH-GMB-1

————————————

Before ROSENBAUM, LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

J.D. Lloyd, appointed counsel for Serafin Jaramillo-Echeverria in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jaramillo's convictions and sentences are **AFFIRMED.**